

U.S. Department
of
Transportation

**Federal Motor
Carrier Safety
Administration**

1200 New Jersey Ave., S.E.
Washington, DC 20590

May 31, 2007

In reply refer to:
Your USDOT No.: 352585
Review No.: 559207/CR

DANIEL SIRACUSA
PRESIDENT
SIRACUSA MOVING & STORAGE COMPANY INC
250 COMMERCE CIRCLE
NEW BRITIAN CT 06050


Dear DANIEL SIRACUSA:

The motor carrier safety rating for your company is:

                        SATISFACTORY

This SATISFACTORY rating is the result of a review and evaluation of your safety fitness completed on May 22, 2007. A SATISFACTORY rating indicates that your company has adequate safety management controls in place to meet the safety fitness standard prescribed in 49 C.F.R. 385.5.

Please assure yourself that any specific deficiencies identified in the review report have been corrected. We appreciate your efforts toward promoting motor carrier safety throughout your company. If you have questions or require further information, please contact:

           U.S. DEPARTMENT OF TRANSPORTATION
           FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
           GLASTONBURY CORPORATE CENTER
           628-2 HEBRON AVENUE, SUITE 303
           GLASTONBURY, CT 06033
           Telephone No.: 860-659-6700


                              *[signature]*
                              William A. Quade
                              Director, Office of Enforcement and
                              Compliance


                         EXHIBIT A

# ITEM B

Siracusa roadside inspections operating under the authority of ALLIED VAN LINES.
Green highlighted inspections were incorrectly assigned to Siracusa's own DOT number and corrected to Allied Van Lines.

| DATE | State | Report # | OOS | OOS D/Trk/Trl | Citation | LOG | Brakes | Airline/brake | Notes | Driver |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2005 | CA | 90187ABF | N | NA | | | | | NO VIOLATIONS | Cowsky, Andrew |
| 11/17/2005 | TX | 0000095 | N | NA | | | | | Disregard official traffic control device | Thompson, Knutsford |
| 12/19/2005 | NM | 637648 | N | NA | | | | | Speeding | Sturtevant, Thomas |
| 12/31/2005 | NY | T018000120 | N | NA | | | | | NO VIOLATIONS | Simpson, Don |
| 1/28/2006 | AZ | 74878 | N | NA | Yes | | | | Overweight by 2,100 lbs. | Brown, Richie |
| 1/30/2006 | LA | LAFA001639 | N | NA | | | | | Speeding | Scribner, Al |
| 2/1/2006 | CT | 2700004168 | N | NA | | | | | Inoperal head lamp - right side low beam | LaFontaine, Bob |
| 2/12/2006 | IA | TT14SWV | N | NA | | | | | Brake hose chaffing / Failure to carry current carrier ident. | Scott, Matthew |
| 2/12/2006 | NV | 7516000126 | N | NA | | | | | NO VIOLATIONS | Voulopoulosgar, Alex |
| 2/14/2006 | VA | 329072 | N | NA | | | | | Overweight by 2,000 lbs. | Brown, Richie |
| 3/10/2006 | ME | 3477000528 | N | NA | Yes | | | | Damaged windshield | Prymas, Walter |
| 3/16/2006 | WY | 215646 | N | NA | No | | | | RGT clearance light inop./Axle #5 left outside dual 0/32"/ | Brown, Richie |
| 3/31/2006 | MA | AK00004324 | N | NA | Yes | | | | Weight exceeding posted ramp GVWR limit | Simpson, Don |
| 4/1/2006 | WA | S64B027172 | N | NA | NA | | | | Registration not in possession / Failure to obey traffice de | Brown, Richie |
| 4/4/2006 | CA | 0090IC1583 | N | NA | NO | | | | NO VIOLATIONS | Lima, Getulio |
| 4/21/2006 | TN | BBDD006842 | N | NA | Yes | Log not current | | | Overweight by 1,240 lbs. | Brown, Richie |
| 5/4/2006 | GA | FRS1003120 | N | NA | Yes | | | | Did not stop at weight station/Unsecured fire extinguisher | Luna, Roberto |
| 5/11/2006 | CA | 901C777A | N | NA | NO | | | | Applied air loss at fitting | Scholander, Paul |
| 5/11/2006 | NM | 675969 | N | NA | Yes | | y | | NO VIOLATIONS | Grimes, Matt |
| 6/1/2006 | CT | | N | NA | NO | | | | Speeding | Brown, Richie |
| 6/6/2006 | NC | 308001909 | N | NA | Yes | | | | Unsecured fire extinguisher | Sweeney, Chris |
| 6/7/2006 | AR | A081022046 | N | NA | Yes | | | | Restricted lane use / clearance lamp out / no inspection | Dow, Andre |
| 6/14/2006 | NE | 00T0216059 | N | NA | Yes | Log not current | | | Speeding / log not current | Grimes, Matt |
| 6/19/2006 | NY | 8D370094SP | N | NA | Yes | Log not current | | | Speeding / log not current | Midura, T.J. |
| 6/20/2006 | MA | AC0004776 | N | Both | Yes | Log not current | | | Speeding | Santiago, Louis |
| 6/21/2006 | NC | SPW62241 | N | NA | Yes | | | | Failer to display registration - front | Koch, Tim |
| 6/22/2006 | PA | S021000666 | N | NA | Yes | | | | Windo tint too dark / Incomplete info on log/failed to upda | Rocha, Sergio |
| 6/30/2006 | CT | 1200004530 | N | NA | NO | | | | Unsecured fire extinguisher | Wrisley, Charlie |
| 7/11/2006 | ME | 984001112 | N | NA | Yes | Log not current | | | Semi Trailer not marked with flags or warnings | Lagasse, Joe |
| 7/19/2006 | TN | BBGG00020E | N | NA | | | | | NO VIOLATIONS | Simpson, Don |
| 8/18/2006 | NY | K005002631 | N | Driver | | | | | No medical Certificate in possession | Dow, Andre |
| 9/6/2006 | IN | 5422001388 | N | Driver | Warning | | | | Speeding | Campbell, Dwight |
| 9/10/2006 | SC | GS58002544 | N | NA | | | | | Radar dectector | Dow, Andre |
| 9/10/2006 | SC | 600000134T | N | NA | | | | | Operation suspended PTO | Rodriques, Nelson |
| 10/5/2006 | VT | M173000070 | N | Driver | | Log not current | | | No medical Certificate in possession | Uphold, Don |
| 10/16/2006 | SC | 4121000889 | N | NA | | Log not current | | | logs not current | Koch, Tim |
| 11/26/2006 | IN | 00MW00149E | N | NA | | | | | Seatbelt/Markings/Loose U Bolts/Carrier listing/Wheel chc | Koch, Tim |
| 12/25/2006 | RI | 4010001258 | N | NA | | | | | Inoperable lamp / missing mud flaps / side lamps | Brown, Richie |
| 12/17/2006 | VA | A3W1002142 | N | NA | | | | | Overlength | Dow, Andre |
| 1/3/2007 | MO | 00BC011088 | N | NA | | | | | Air lines not secure | LaFontaine, Bob |
| 1/9/2007 | MD | 190002582 | N | NA | | | | y | Speeding / medical card illegible | Chavis, Anthony |
| 1/18/2007 | CT | TBEZ000940 | N | NA | | Log not current | | | Speeding / log not current | Simpson, Don |
| 1/24/2007 | TN | JWMD006196 | N | NA | | Log not current | | | Following too close | Sturtevant, Thomas |
| 2/22/2007 | OH | 1191002884 | N | NA | Warning | | | | seat belt use | Sturtevant, Thomas |

**EXHIBIT B**

| Date | State | Number | | Type | | | Violation | Name |
|---|---|---|---|---|---|---|---|---|
| 2/23/2007 | IN | 1055503 | N | Driver | | | Speeding / log not current | Martin, Charles |
| 3/1/2007 | ME | 958001767 | N | | | | Brake hose chaffing / inoperable tail light | Schirmanski, Curtis |
| 3/3/2007 | CA | 9021D642 | N | | | | Light inoperable/brake lining cont w/ oil/ Not marked extin | Lima, Getulio |
| 12/1/2005 | MD | 00FB012006 | Y | Driver | | | 53' trlr off route | Cowsky, Andrew |
| 12/19/2005 | IA | TT0KTND | Y | Driver | | Log not current | | Whitfield, Adam |
| 1/4/2006 | MT | 669A003462 | Y | ALL | | Log not current | | Harker, Thomas |
| * 1/9/2007 | CT | JT480000154 | Y | Truck | | | 1/4 hour over / Axle brake lining leaking / Axle 5 bake out | Lima, Getulio |
| 1/20/2006 | NY | 8D3201HTSF | Y | Trailer | | | Inoperable tail lights | Figueroa, Enrique |
| 3/4/2006 | TN | BBDD006843 | Y | Truck | | Warning | Flat tire- axle 4 right inside | Scott, Matthew |
| 4/2/2006 | CA | 901BAFAA | Y | Driver | | | Overweight by 1,770 lbs. shut down 10 hrs | Whitfield, Adam |
| * 4/5/2006 | CT | 3T140000227 | Y | Truck | | | Local laws- general | Royce, Larry |
| 7/9/2006 | MD | 00EG005362 | Y | Driver | Yes | Log not current | | Shorter, Clark |
| 7/22/2006 | IN | 525400Z787 | Y | Driver | | | 11 hr rule violation | Sweredoski, Steve |
| 9/18/2006 | OH | 325500331g | Y | Driver | | Log not current | y Inoperable lamp/elec line rubbing deck tractor/plate light r | Whitfield, Adam |
| 9/27/2006 | ME | 3477000924 | Y | Truck | Warning | | Insufficient means to prevent lateral movement | Prymas, Walter |
| 9/28/2006 | CA | 901F0010 | Y | Trailer | | | y Air hose worn through | Lima, Getulio |
| 10/2/2006 | CT | 00A087857 | Y | Truck | | | Unreg. Vehicle / inoperable lights / hole in grille | Maldonado, Ralphael |
| 10/20/2006 | MD | 00BW000853 | Y | Trailer | | | turn signal inoperative | Voulopoulos, Alex |
| 1/3/2007 | KY | 244700 | Y | Trailer | | y | Air leak behind emergency glad hand/ | McElroy, Ed |
| 1/27/2007 | TN | MDAD00016C | Y | Driver | | Log not current | Speeding | Joseph, Jeremy |
| 1/27/2007 | NM | 208207967 | Y | Driver | | Log not current | logs not current / 11 hr / 14 hr violations | Shorter, Clark |
| 2/27/2007 | NM | 2008109505 | Y | Truck | | | y Air leak / Extinguisher not secure/ brake hose chaffing | Lima, Getulio |
| * 9/8/2006 | NY | D012003141 | Y | Truck | | | Brakes / Lights | Harker, Thomas |
| 9/25/2006 | IL | 544100054 | | | | | Improper lane useage | Uphold, Don |
| 10/17/2006 | GA | MCS2001843 | | | | | NO VIOLATIONS | Lovely, Chris |
| 1/16/2007 | TN | BBFF001290 | | | | | NO VIOLATIONS | DeRoehn, Eric |
| 2/8/2007 | ME | 474801367 | | | | | NO VIOLATIONS | Prymas, Walter |