UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIRACUSA MOVING & STORAGE CO., INC., <br>    PLAINTIFF | : <br> : <br> : <br> : |
| v. | : <br> : |
| MARY E. PETERS, SECRETARY OF THE UNITED STATES DEPARTMENT OF TRANSPORTATION, JOHN J. HILL, ADMINISTRATOR OF THE FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION, ANNE D. GNAZZO, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF ADMINISTRATIVE SERVICES, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| ROBERT M. WARD, COMMISSIONER OF THE STATE OF CONNECTICUT DEPARTMENT OF MOTOR VEHICLES, | : <br> : <br> : <br> : |
| DEFENDANTS | : OCTOBER 2, 2007 |

### CERTIFICATE RE: DECLARATORY JUDGMENT ACTION

The plaintiff hereby certifies that all interested parties have been joined in the above-named action or have been given reasonable notice thereof.

PLAINTIFF,
SIRACUSA MOVING & STORAGE CO., INC.

By: _____
Rodger C. Boe
ct05449
BYRNE & STORM, P.C.
750 Main Street, Suite 1500
Hartford, CT  06103
Ph. (860) 525-3700
Fax (860) 525-0287
Email: rboe@byrnestorm.com and
kwood@byrnestorm.com
Its Attorney